UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.L., et al.,<br><br>                          Plaintiffs,<br><br>              -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                          Defendant. | 23-CV-09395 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The parties have yet to submit a proposed scheduling order. *See* Dkt. 11. They should do so by 5:00 PM today, February 6, 2024. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at **https://nysd.uscourts.gov/hon-arun-subramanian**.

    Alternatively, if both parties mutually prefer to proceed in front of the designated magistrate judge, they can file a consent form in lieu of the required materials, and tomorrow's conference will be canceled. The consent form is located here: http://nysd.uscourts.gov/node/754.

    SO ORDERED.

Dated: February 6, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge